IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN INMAN, | No. C 09-04556 JSW |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |
| v. | |
| MICHAEL J ASTRUE, | |
| Defendant. | |

Plaintiff filed this case on September 28, 2009. There has been no further activity since that date, and the docket does not reflect that Defendant has been served. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE as to why this case should not be dismissed either for Plaintiff's failure to prosecute or for failure to serve within the time required by Federal Rule of Civil Procedure 4(m). Plaintiff's response to this Order to Show Cause shall be due by no later than June 18, 2010. If Plaintiff fails to file a response by that date, the Court shall dismiss this case for failure to prosecute without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: May 27, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE