**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN INMAN, | No. C 09-04556 JSW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MICHAEL J ASTRUE, | |
| Defendant. | |

On May 27, 2010, the Court issued Plaintiff an Order to Show Cause ("OSC") why this case should not be dismissed either for Plaintiff's failure to prosecute or for failure to serve within the time required by Federal Rule of Civil Procedure 4(m). In the Court's OSC, the Court advised Plaintiff that failure to respond to the OSC might result in the Court's dismissing the action for failure to prosecute without further notice to Plaintiff.

Plaintiff's response to the Order to Show Cause was due by no later than June 18, 2010. Plaintiff has not responded to the Order to Show Cause. Accordingly, the Court shall dismiss this matter without prejudice for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE